IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WOODZELL HARRIS, JR.**                                                          **PLAINTIFF**

**v.**                 **Case No. 4:16-cv-701-KGB**

**CITY OF LITTLE ROCK**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

So adjudged this 30th day of August, 2018.

                                                                    _____
                                                                    Kristine G. Baker
                                                                    United States District Judge